IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>JANELLE NIGHTWALKER,<br><br>                Defendant. | **8:23CR90**<br><br><br>**ORDER** |

       This matter is before the Court on defendant Janelle Nightwalker's ("Nightwalker") second Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines (Filing No. 125). She requests relief based on United States Sentencing Guidelines ("U.S.S.G.") § 4A1.1(d) and (e) "[f]or those who received 'status' points for being under a criminal justice sentence at the time of the offense." The motion is dated July 21, 2025.

       The Court denied a nearly identical motion (Filing No. 122) on February 13, 2025 (Filing No. 124). The Court found Nightwalker was not eligible for a reduction under Amendment 821 because the revised version of U.S.S.G. § 4A1.1(e) was already applied in her case. That reasoning applies with equal force to her current motion. Therefore, Nightwalker's second Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines (Filing No. 125) is denied.

       IT IS SO ORDERED.

       Dated this 5th day of August 2025.

                                                      BY THE COURT:

                                                      Robert F. Rossiter, Jr.
                                                      Chief United States District Judge